# Court of Appeals
# of the State of Georgia

ATLANTA,___July 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0397.  JAMES EDWARD TUCKER v. THE STATE.**

James Edward Tucker seeks appellate review of the trial court's order denying his request for credit for time served.  The trial court entered its order on April 11, 2014.  Tucker filed his application for discretionary appeal on June 6, 2014.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Tucker filed his application 56 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_07/03/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*